IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CAZARES MONTES,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | No. CV-F-06-CV-031 OWW/SMS P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. 18) |

By Order filed on July 25, 2007, Plaintiff's complaint was dismissed with leave to amend within 30 days of service of the Order. The docket in this action indicates that the July 25, 2007 Order was served on Plaintiff at his then-address. The July 25, 2007 Order was not returned to the Court as undeliverable.

Plaintiff did not file an Amended Complaint. Findings and Recommendation were issued by the Magistrate Judge on November 5, 2007 that the action be dismissed for failure to comply with a court order and for failure to state a claim upon which relief

1

may be granted.  Plaintiff did not file objections to the Findings and Recommendation.  By Order filed on January 25, 2008, the Findings and Recommendation were adopted.  Judgment was entered on January 25, 2008.

On June 4, 2008, Plaintiff filed a Notice of Change of Address and a motion for reconsideration.  Plaintiff, referring to the January 25, 2008 Order, asserts that he:

> couldent reaspond to Courts corespondence becus I was beaing trafered to INS and Deported to Mexico wher I couldn't get iny and all corespondence from family or court document in regard to this case.  Pleas let me reeopen this case base on lack of corespondenc and reeconsider not to dismiss my case without final argument of reasonable dout of this case motion.  Please ulowe me to argue this case.  I am back in custody with the U.S. Marshels.  Pleas also orange court dete for me to upear in your court room.
> [sic]

Plaintiff has lodged an Amended Complaint.

Plaintiff's motion for reconsideration is DENIED.  Plaintiff does not state when he was taken into INS custody and deported to Mexico.  Neither of the Court Orders or the Findings and Recommendation were returned to the Court as undeliverable.  Plaintiff presumptively received service of these papers.  Nothing prevented Plaintiff from complying with the July 25, 2007 Order or from filing objections to the Findings and Recommendation, including the fact that Plaintiff may have been in Mexico.  Plaintiff has not demonstrated good cause for his failure to comply with the July 25, 2007 Order and has not shown that he acted with diligence.

IT IS SO ORDERED.

Dated:   June 17, 2008                              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE